United States District Court
Southern District of Texas
**ENTERED**
December 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent/Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2988 |
| | § | (CRIMINAL NO. H-92-177-05) |
| PATRICIA LEBARON, | § | |
| NO. 60090-079, | § | |
| | § | |
| Petitioner/Defendant. | § | |

## AMENDED FINAL JUDGMENT

In accordance with the court's Amended Memorandum Opinion and Order granting the United States' Motion to Dismiss, Civil Action No. H-16-2988 is **DISMISSED WITH PREJUDICE**.

Because none of the claims raised by petitioner make a substantial showing of the denial of a constitutional right, petitioner is **DENIED** a certificate of appealability.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 22nd day of December, 2016.

SIM LAKE
UNITED STATES DISTRICT JUDGE