IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.     Cr. No. H-92-177-5

PATRICIA LEBARON

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Warden, Federal Bureau of Prisons, FCI Aliceville, 11070 Highway 14, Aliceville, Alabama 35442.

TO: United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS:

We command that you have the body of **PATRICIA LEBARON**, Inmate No. 60090-079, now duly committed to the custody of the Warden, Federal Bureau of Prisons, FCI Aliceville, 11070 Highway 14, Aliceville, Alabama 35442, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on January 27, 2023, at 11:30 a.m., there and at that time to make her appearance in the above-styled and numbered case now pending in this Court, for a scheduling conference and after all proceedings have been disposed of requiring the presence of Patricia LeBaron, as notified by this Court, that you return her to the Warden, Federal Bureau of

Prisons, FCI Aliceville, 11070 Highway 14, Aliceville, Alabama 35442, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Sim Lake, Senior United States District Judge for the Southern District of Texas, under the seal of said Court, in the City of Houston, Texas this the 16th day of December, 2022.

_____
SENIOR UNITED STATES DISTRICT JUDGE