IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ |
| v. | §   Case No. 4:92-CR-177 |
| | § |
| LEBARON, et al,<br>    Defendant. | §<br>§<br>§ |

NOTICE TO CLERK OF NON-PARTICIPATION
OF ASSISTANT U.S. ATTORNEY

To:   The clerk of court

    The undersigned Assistant United States Attorney is not attorney of record for the United States of America in this case, and is not participating in the case at this time. Please remove me from electronic filing notices for this case unless and until I file a new Notice of Appearance of Counsel.

Date: <u>May 1, 2023</u>

                      Respectfully submitted,

                      ALAMDAR S. HAMDANI
                      United States Attorney

                      <u>*/s/ Renata A. Gowie*</u>
                      RENATA A. GOWIE
                      Assistant United States Attorney
                      State Bar No. 08239250
                      SDTX No. 17777
                      United States Attorney's Office
                      Southern District of Texas
                      1000 Louisiana Street, Suite 2300
                      Houston, TX  77002
                      Phone:  (713) 567-9000
                      Email:  Renata.Gowie@usdoj.gov