United States District Court
Southern District of Texas
**ENTERED**
May 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  No. H-92-0177-05

PATRICIA LEBARON

## ORDER FOR REDACTION

Defendant's Motion to Redact specific information in exhibits to be filed in this Court is GRANTED.

It is ORDERED that counsel for Ms. LeBaron may redact the information identified on the pages of the documents identified in the Motion to Redact, in addition to redaction of material required to be redacted under Fed. R. Crim. P. 49.1.

SIGNED in Houston, Texas, on this 11th day of May 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE