IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                    No. H-92-0177-05

PATRICIA LEBARON

## MOVANT'S SUPPLEMENTAL AUTHORITY

In her motion for a reduction in sentence, Docket Entry No. 758, Patricia LeBaron cited the Fifth Circuit's recent decision in *United States v. McMaryion*, 64 F.4th 257 (5th Cir. 2023), as holding that non-retroactive legislative changes in the statute of conviction could not serve as a basis for a finding of "extraordinary and compelling" reasons to justify a reduction in sentence under 18 U.S.C. § 3583(c)(1)(A). *See* Docket Entry No. 758 at 15, 19, 51.

On June 22, 2023, the Fifth Circuit withdrew its published opinion in *McMaryion*. In its place the Court substituted an unpublished opinion that reached a similar conclusion that claims based on non-retroactive legislative changes are not cognizable. *See McMaryion*, No. 21-50450, Slip op. (June 22, 2023) (attached) at 3-4. However, as an unpublished opinion, the decision in *McMaryion* is not

precedent except under doctrines applicable only to that case and/or its parties (res judicata, collateral estoppel and law of the case). *See* Fifth Cir. R. 47.5.4.

        Respectfully submitted,

        MARJORIE A. MEYERS
        Federal Public Defender
        Southern District of Texas No. 3233
        Texas State Bar No. 14003750

        By <u>s/ Michael Herman</u>
        MICHAEL HERMAN
        First Assistant Federal Public Defender
        Texas State Bar No. 24015128
        Southern District of Texas No. 25087
        Attorneys for Defendant
        440 Louisiana, Suite 1350
        Houston, Texas   77002-1056
        Telephone:  713.718.4600
        Fax:  713.718.4610

## CERTIFICATE OF SERVICE

I certify that today, June 22, 2023, the foregoing supplemental authority was served upon all counsel of record by notice of ECF filing, and by email upon AUSA Richard Haynes.

s/ Michael Herman
MICHAEL HERMAN
