United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-92-177 (5) |
| | § | |
| PATRICIA LeBARON | § | |

### O R D E R

The United States has requested additional time to file a response to Defendant, Patricia LeBaron's Supplemental Authority (docket no. 758) to her Motion for Compassionate Release Statute 18 U.S.C. § 3582(c)(1)(A) (docket no. 734).

It is, therefore, **ORDERED** that the United States **SHALL** file a response to LeBaron's Supplement **on or before September 1, 2023**.

**SIGNED** at Houston, Texas, on the 24th day of July, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE