United States District Court
Southern District of Texas
**ENTERED**
September 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-92-177 (5) |
| | § | |
| PATRICIA LeBARON | § | |

## ORDER

Defendant, Patricia LeBaron, filed a Supplemental Authority (docket no. 758) to her Motion for Compassionate Release Statute 18 U.S.C. § 3582(c)(1)(A) (docket no. 734); the United States filed its response (docket no. 765) on September 1, 2023.

By agreement of the parties, it is **ORDERED** that LeBaron **SHALL** file her reply to the United States' response **on or before September 25, 2023**.

**SIGNED** at Houston, Texas, on the 7th day of September, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE