AO 245C (Rev. 09/19)    Amended Judgment in a Criminal Case
Sheet 1

(NOTE: Identify Changes with Asterisks (*))

United States District Court
Southern District of Texas

**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Houston

## UNITED STATES OF AMERICA
v.
### PATRICIA LEBARON

### AMENDED JUDGMENT IN A CRIMINAL CASE

**CASE NUMBER: 4:92CR00177-005**

**USM NUMBER: 60090-079**

Date of Original Judgment: <u>May 26, 1993</u>
(Or Date of Last Amended Judgment)

<u>Rosalind A. Kelly</u>
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s) <u>5, 6, 8, 9, 10, 11, 12, 13, and 14 on January 20, 1993.</u>
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1512(a)(1)(C) | Tampering with a witness; aiding and abetting | 06/27/1988 | 6 |

☒ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) <u>7</u>

☐ Count(s) _____ dismissed on the motion of the United States.

☒ It is so ordered that the defendant shall pay a special assessment of $450 for Count(s) 5, 6, 8, 9, 10, 11, 12, 13, and 14, which shall be due ☒ immediately ☐ as follows: Clerk, United States District Court, Attention: Finance, P.O. Box 61010, Houston, Texas 77208.

It is further ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 6, 2023
Date of Imposition of Judgment

_____
Signature of Judge

**SIM LAKE**
**SENIOR UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

*November 9, 2023*
Date

AO 245C (Rev. 09/19)   Amended Judgment in a Criminal Case
Sheet 1A

(NOTE:  Identify Changes with Asterisks (*))

Judgment — Page ___2___ of ___5___

DEFENDANT:   **PATRICIA LEBARON**
CASE NUMBER:   **4:92CR00177-005**

## ADDITIONAL COUNTS OF CONVICTION

| <u>Title & Section</u> | <u>Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|---|
| 18 U.S.C. § 247 and 2 | Obstruction of free exercise of religious beliefs; aiding and abetting | 06/27/1988 | 10, 11, & 12 |
| 18 U.S.C. § 1962(d) | RICO conspiracy | 10/14/1992 | 13 |
| 18 U.S.C. § 1962(c) | RICO | 10/14/1992 | 14 |
| 18 U.S.C. § 371 | Conspiracy | 10/14/1992 | 5, 9 |
| 18 U.S.C. § 924(c)(1) | Using a firearm during a crime of violence | 06/27/1988 | 8 |

AO 245C (Rev. 09/19)   Amended Judgment in a Criminal Case
                     Sheet 2 – Imprisonment

(NOTE:  Identify Changes with Asterisks (*))

Judgment — Page   3   of   5  

DEFENDANT:    **PATRICIA LEBARON**
CASE NUMBER:    **4:92CR00177-005**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: *360 months.

*This term consists of THREE HUNDRED (300) MONTHS as to each of Counts 6, 10, 11, and 12; TWO HUNDRED AND FORTY (240) MONTHS as to each of Counts 13 and 14; SIXTY (60) MONTHS as to each of Counts 5 and 9; with the terms imposed as to Counts 5, 6, 9, 10, 11, 12, 13, and 14 to be served concurrently with each other. A term of SIXTY (60) MONTHS as to Count 8 is imposed, to be served consecutively to the terms imposed in each of Counts 5, 6, 9, 10, 11, 12, 13, and 14, for a total term of THREE HUNDRED AND SIXTY (360) MONTHS imprisonment. The defendant having already served more than 360 months, the effective term of imprisonment is TIME SERVED.

☐  See Additional Imprisonment Terms.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ on _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
            DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 09/19)    Amended Judgment in a Criminal Case
                        Sheet 3 -- Supervised Release

(NOTE:  Identify Changes with Asterisks (*))

| | Judgment — Page | 4 | of | 5 |

DEFENDANT:    **PATRICIA LEBARON**
CASE NUMBER:  **4:92CR00177-005**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: <u>FIVE (5) YEARS as to Counts 6, 10, 11, and 12;</u>
<u>THREE (3) YEARS as to Counts 5, 8, 9, 13, and 14; concurrent.</u>

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐   The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
☐   The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.
☐   The defendant shall not possess a firearm or destructive device.

As a special condition of supervised release, any portion of the restitution sum that remains unpaid at the time of release from imprisonment shall be paid in equal monthly installments over three years, commencing within 60 days of release.

# STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1.   the defendant shall not leave the judicial district without the permission of the court of probation officer;
2.   the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.   the defendant shall support his or her dependents and meet other family responsibilities;
5.   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.   the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7.   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance; or any paraphernalia related to such substances, except as prescribed by s physician;
8.   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10.  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11.  the defendant shall notify the probation officer within seventy two hours of being arrested or questioned by a law enforcement officer;
12.  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13.  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245C (Rev. 09/19)    Amended Judgment in a Criminal Case
                Sheet 5 – Criminal Monetary Penalties

(NOTE:  Identify Changes with Asterisks (*))

Judgment — Page   5   of   5  

DEFENDANT:    **PATRICIA LEBARON**
CASE NUMBER:  **4:92CR00177-005**

# RESTITUTION AND FORFEITURE

## RESTITUTION

☒ The defendant shall make restitution to the following persons in the following amounts:

| <u>Name of Payee</u> | <u>Amount of Restitution</u> |
|---|---|
| Mark Chynoweth Estate<br>c/o David Messick<br>P.O. Box 3<br>Cypress, Texas 77429 | |
| | $134,000 |
| Duane Chynoweth Estate<br>c/o Laura Amador Chynoweth<br>3403 Sam Houston Drive<br>Sugar Land, Texas 77479 | |

Payments of restitution are to be made to:

☐    the United States Attorney for transfer to the payee(s).

☐    the payee(s).

Restitution shall be paid:

☒    in full immediately

☐    in full not later than _____.

☐    in equal monthly installments over a period of ___ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.

☐    in installments according to the following schedule of payments:

    Restitution shall be paid to Clerk, United States District Court, Attention: Finance, P.O. Box 61010, Houston, Texas 77208, for disbursement to the above-named estates. The restitution amount shall not abate at the end of any post custody supervision term.

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

---

**FORFEITURE**

☐ The defendant is ordered to forfeit the following property to the United States:

| AO 245C (Rev. 09/19) | Amended Judgment in a Criminal Case<br>Sheet 8 – Reason for Amendment | (NOTE:  Identify Changes with Asterisks (*))<br>Not for Public Disclosure |
|---|---|---|

Judgment — Page ___1___ of ___1___

DEFENDANT: **Patricia Lebaron**
CASE NUMBER: **4:92CR00177-005**
DISTRICT **SOUTHERN DISTRICT OF TEXAS**

# REASON FOR AMENDMENT
### (Not for Public Disclosure)

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☒ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant to
  ☐ 28 U.S.C. § 2255 or  ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)